# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| **MICHAEL MARSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **1:14-cv-00186-GNS** |
| ) | |
| **MIDLAND FUNDING, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Michael Marson and defendant Midland Funding, LLC (collectively, "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 14th day of April, 2015.

/s/ *James H. Lawson* (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 Sherrin Avenue, Unit #4
Louisville, KY 40207
Phone: (502) 473-6525
Email: james@kyclc.com

Attorney for Plaintiff
MICHAEL MARSON


/s/ *Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP

23250457 v1

        420 North 20th Street, Suite 3400
        Birmingham, Alabama  35203
        Telephone: (205) 251-3000
        Facsimile: (205) 458-5100
        rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC