# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| MICHAEL MARSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CIVIL ACTION NO. ) 1:14-cv-00186-GNS ) |
| MIDLAND FUNDING, LLC | ) ) |
| Defendant. | ) |

### AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the court, as evidenced by the signatures of counsel for the Plaintiff Michael Marson ("Plaintiff") and Defendant Midland Funding, LLC ("Midland") that the parties have resolved Plaintiff's claims against Midland and the claims against Midland should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against Midland in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

*Greg N. Stivers, Judge*
*United States District Court*

June 5, 2015

24092025 v1